1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DONOVAN L. HALEY,              )   NO. CV 13-7304-AG(E)
                                   )
12          Plaintiff,             )
                                   )
13      v.                         )   ORDER ACCEPTING FINDINGS,
                                   )
14  COUNTY OF LOS ANGELES, et al.,)    CONCLUSIONS AND RECOMMENDATIONS
                                   )
15          Defendants.            )   OF UNITED STATES MAGISTRATE JUDGE
    _____)
16

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Complaint, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  Further the Court

21  has engaged in a de novo review of those portions of the Report and

22  Recommendation to which any objections have been made. The Court

23  accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25       IT IS ORDERED that Judgment shall be entered dismissing the

26  action without prejudice.

27  ///

28  ///

1 IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff.

4 DATED: September 30, 2014.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE