**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONOVAN L. HALEY, | ) | NO. CV 13-7304-AG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 30, 2014.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE